UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
   DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                )<br>              Plaintiff,               )<br>v.                                              )<br>                                                )<br>KURT RETZER,                      )<br>                                                )<br>              Defendant.          ) | Case No. CR.S-06-0338-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KURT RETZER , Case No.  CR.S-06-0338-FCD , Charge  21USC § 841(a)(1) - Manufacture of Marajuana , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- __ Release on Personal Recognizance

- __ Bail Posted in the Sum of $_____

    - __ Unsecured Appearance Bond

    - __ Appearance Bond with 10% Deposit

    - __ Appearance Bond with Surety

    - __ Corporate Surety Bail Bond

- ✔ (Other)   Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 14, 2006  at  2:00pm .

By · /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court