DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0338 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| KURT RETZER, ) | |
| ) | Date:  October 16, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for October 16 may be continued to November 13, 2006, at 9:30 a.m.

   This is a new case and Mr. Retzer and his counsel seek additional time to review discovery, confer, consider the filing of pretrial motions, and address a pending forfeiture issue. So that the defense may have adequate time to prepare, the parties ask to continue the status conference to November 13 and further ask the Court to exclude time under the Speedy Trial Act from the date of this order through the status

1 conference on November 13, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2 and (B)(iv)(Local Code T4).

3                                           Respectfully submitted,

4                                           DANIEL J. BRODERICK
                                            Federal Defender
5

6 Dated:  October 12, 2006                  /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for KURT RETZER
8

9                                           McGREGOR SCOTT
                                            United States Attorney
10

11 Dated:  October 12, 2006                 /s/ T. Zindel for E. Endrizzi
                                            ELLEN ENDRIZZI
12                                          Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to November 13, 2006, at
16 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date
17 for the reasons stated above, the court finding that the ends of justice
18 to be served by a continuance outweigh the best interests of the
19 defendant and the public in a speedy trial.
20     IT IS SO ORDERED.
21 Dated:  October 13, 2006                  /s/ Frank C. Damrell Jr.
                                            HON. FRANK C. DAMRELL JR.
22                                          United States District Judge

Stip. in U.S.A. v. K. Retzer            2