```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KURT RETZER
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-0338 FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| KURT RETZER, | ) | |
| | ) | Date: November 13, 2006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for November 13 may be continued to December 18, 2006, at 10:00 a.m.

Mr. Retzer and his counsel seek additional time to review discovery (discovery is not yet complete), conduct investigation, determine what pretrial motions to file, and to address a pending forfeiture issue. So that the defense may have adequate time to prepare, the parties ask to continue the status conference and further to exclude time under the Speedy Trial Act from the date of this order through the status

1  conference on December 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 7, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KURT RETZER


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  November 7, 2006                /s/ T. Zindel for E. Endrizzi
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to December 18, 2006, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

DATED: November 8, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE