1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-338 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| KURT RETZER, | ) |
|  | ) Date: December 18, 2006 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for December 18 may be continued to February 20, 2007, at 10:00 a.m.

   Counsel seek additional time to meet concerning possible resolution of both the substantive and forfeiture counts of the indictment, resolution of which is linked.  Time is needed to obtain an appraisal of the property sought to be forfeited and for additional preparation before the case may be scheduled, whether for motions or for trial.  So that these tasks may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date

1  of this order through the status conference on February 20, 2007,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  December 14, 2006           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KURT RETZER


                                    McGREGOR SCOTT
                                    United States Attorney

Dated:  December 14, 2006           /s/ T. Zindel for E. Endrizzi
                                    ELLEN ENDRIZZI
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 20, 2007, at 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  December 15, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. K. Retzer                2