DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-0338 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| KURT RETZER, | ) |
| | ) Date:  February 20, 2007 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for February 20 may be continued to March 19, 2007, at 10:00 a.m.

   Counsel seek additional time to meet concerning possible resolution of both the substantive and forfeiture counts of the indictment, resolution of which is linked.  Time is needed to obtain an appraisal of the property sought to be forfeited and for additional preparation before the case may be scheduled, whether for motions or for trial.  So that these tasks may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date

of this order through the status conference on March 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 14, 2007        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KURT RETZER


McGREGOR SCOTT
United States Attorney

Dated: February 14, 2007        /s/ T. Zindel for E. Endrizzi
ELLEN ENDRIZZI
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 19, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: February 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. K. Retzer                2