```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KURT RETZER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-0338 FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| | **CONTINUING STATUS CONFERENCE** |
| v. | **AND EXCLUDING TIME** |
| KURT RETZER, | |
| | Date: May 7, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for May 7 may be continued to June 25, 2007, at 10:00 a.m.

Counsel seek additional time to meet concerning possible resolution of both the substantive and forfeiture counts of the indictment, resolution of which is linked. Time is needed to review the recent appraisal of the property sought to be forfeited and for additional preparation before the case may be scheduled. So that these tasks may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this order

through the status conference on June 25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: May 3, 2007                     /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for KURT RETZER

                                              McGREGOR SCOTT
                                              United States Attorney

Dated: May 3, 2007                     /s/ T. Zindel for E. Endrizzi
                                              ELLEN ENDRIZZI
                                              Assistant U.S. Attorney

# O R D E R

    The status conference is continued to June 25, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: May 3, 2007

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE