```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KURT RETZER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR. S-06-0338 FCD
                                  )
13             Plaintiff,         ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
14       v.                       ) AND EXCLUDING TIME
                                  )
15  KURT RETZER,                  )
                                  ) Date:  June 25, 2007
16             Defendant.         ) Time:  10:00 a.m.
                                  ) Judge: Hon. Frank C. Damrell Jr.
17  _____)
```

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Kurt Retzer, that the status conference
21 scheduled for June 25 may be continued to August 13, 2007, at 10:00 a.m.
22      Counsel seek additional time to meet concerning possible resolution
23 of both the substantive and forfeiture counts of the indictment,
24 resolution of which is linked.  A number of tasks affecting resolution of
25 the case are ongoing.  Time is also needed to review the appraisal of the
26 property sought to be forfeited and for additional preparation before the
27 case may be scheduled.  So that these tasks may be completed, the parties
28 ask to continue the status conference and to exclude time under the

1  Speedy Trial Act from the date of this order through the status
2  conference on August 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3  (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 21, 2007            /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for KURT RETZER

                                 McGREGOR SCOTT
                                 United States Attorney

Dated:  June 21, 2007            /s/ T. Zindel for E. Endrizzi
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney

# O R D E R

The status conference is continued to August 13, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  June 22, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE