1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor, J
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
KURT RETZER
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       )  No. CR. S-06-338 FCD
                                   )
13          Plaintiff,              )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
14     v.                          )  **AND EXCLUDING TIME**
                                   )
15 KURT RETZER,                    )
                                   )  Date:  November 13, 2007
16          Defendant.              )  Time:  10:00 a.m.
                                   )  Judge: Hon. Frank C. Damrell, Jr.
17 _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Kurt Retzer, that the status conference
21 scheduled for November 13, 2007 may be continued to December 10, 2007, at
22 10:00 a.m.
23      Counsel have been involved in a number of complex and time-consuming
24 matters possibly affecting resolution of both the substantive and
25 forfeiture counts of the indictment.  While a number of matters have been
26 resolved, counsel for the government is presently in trial and
27 unavailable to meet concerning the remaining differences.  So that these
28 tasks may be completed, the parties ask to continue the status conference

1 and to exclude time under the Speedy Trial Act from the date of this
2 order through the status conference on December 10, 2007, pursuant to 18
3 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 7, 2007     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KURT RETZER

McGREGOR SCOTT
United States Attorney

Dated: November 7, 2007     /s/ T. Zindel for E. Endrizzi
ELLEN ENDRIZZI
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 10, 2007, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 7, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE