1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KURT RETZER
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,         )  No. 2:06-cr-0338 FCD
                                     )
13              Plaintiff,           )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
14      v.                           )  **AND EXCLUDING TIME**
                                     )
15 KURT RETZER,                      )
                                     )  Date:  December 10, 2007
16              Defendant.           )  Time:  10:00 a.m.
                                     )  Judge: Hon. Frank C. Damrell Jr.
17 _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Kurt Retzer, that the status conference

21 scheduled for December 10, 2007 may be continued to January 14, 2008, at

22 10:00 a.m.

23      This continuance is requested because the parties appear to be close

24 to resolving both the criminal matter and the forfeiture. So that

25 necessary tasks may be completed, the parties ask to continue the status

26 conference and to exclude time under the Speedy Trial Act from the date

27 of this order through the status conference on January 14, 2008, pursuant

28 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   December 6, 2007               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KURT RETZER


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:   December 6, 2007               /s/ T. Zindel for E. Endrizzi
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to January 14, 2008, at 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   December 7, 2007

```
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
```