```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KURT RETZER
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:06-cr-0338 FCD
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
14         v.                      )  AND EXCLUDING TIME
                                   )
15  KURT RETZER,                   )
                                   )  Date:  January 14, 2008
16              Defendant.         )  Time:  10:00 a.m.
                                   )  Judge: Hon. Frank C. Damrell Jr.
17  _____)

18
```

19         IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20  of America, and defendant, Kurt Retzer, that the status conference
21  scheduled for January 14, 2008 may be continued to February 19, 2008, at
22  10:00 a.m.
23         This continuance is requested because counsel for the government is
24  in trial, and there are outstanding issues which need to be addressed
25  before the case can be resolved.  So that necessary tasks may be
26  completed, the parties ask to continue the status conference and to
27  exclude time under the Speedy Trial Act from the date of this order
28  through the status conference on February 19, 2008, pursuant to 18 U.S.C.

1  § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

2                                          Respectfully submitted,

3                                          DANIEL J. BRODERICK
                                           Federal Defender
4

5  Dated:  January 9, 2008                 /s/ T. Zindel
                                           TIMOTHY ZINDEL
6                                          Assistant Federal Defender
                                           Attorney for KURT RETZER
7

8                                          McGREGOR SCOTT
                                           United States Attorney
9

10 Dated:  January 9, 2008                 /s/ T. Zindel for E. Endrizzi
                                           ELLEN ENDRIZZI
11                                         Assistant U.S. Attorney

12

13                              **O R D E R**

14      The status conference is continued to February 19, 2008, at

15 10:00 a.m.  Time under the Speedy Trial Act is excluded through that date

16 for the reasons stated above, the court finding that the ends of justice

17 to be served by a continuance outweigh the best interests of the

18 defendant and the public in a speedy trial.

19      IT IS SO ORDERED.

20 Dated:  January 10, 2008

21

22

23                                         _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28