DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KURT RETZER,<br><br>　　　　Defendant. | No. CR. S-06-338 FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:　February 19, 2008<br>Time:　10:00 a.m.<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for February 19, 2008 may be continued to March 10, 2008, at 10:00 a.m.

This continuance is requested because counsel for the government has been in trial, and outstanding issues remain which need to be addressed before the case can be resolved. So that necessary tasks may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this order through the status conference on March 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   February 14, 2008              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KURT RETZER


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:   February 14, 2008              /s/ T. Zindel for E. Endrizzi
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to March 10, 2008, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   February 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE