```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KURT RETZER,<br><br>        Defendant. | No. 2:06-cr-0338 FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  March 10, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for March 10, 2008 may be continued to April 14, 2008, at 10:00 a.m.

This continuance is requested because the parties are nearing resolution of the case but have yet to finalize plans regarding forfeiture which the parties agree should be settled along with the criminal charge. So that negotiations toward resolution of the case may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this order through the status conference on April 14, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  March 5, 2008                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KURT RETZER


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  March 5, 2008                   /s/ T. Zindel for E. Endrizzi
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney



**O R D E R**

The status conference is continued to April 14, 2008, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  March 6, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE