DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0338 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| KURT RETZER, | Date: April 14, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kurt Retzer, that the status conference scheduled for April 14, 2008 may be continued to May 5, 2008, at 10:00 a.m.

This continuance is requested because the parties are nearing resolution of the case and are still working to finalize plans regarding forfeiture which the parties agree should be settled along with the criminal charge. So that negotiations toward resolution of the case may be completed, the parties ask to continue the status conference and to exclude time under the Speedy Trial Act from the date of this order through the status conference on May 5, 2008, pursuant to 18 U.S.C. §

1 | 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 10, 2008                   /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for KURT RETZER


                                         McGREGOR SCOTT
                                         United States Attorney

Dated:  April 10, 2008                   /s/ T. Zindel for E. Endrizzi
                                         ELLEN ENDRIZZI
                                         Assistant U.S. Attorney


     IT IS SO ORDERED.

Dated:  April 11, 2008

_____
HON. FRANK C. DAMRELL JR.
United States District Judge