1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KURT RETZER

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          ) No. CR. S-06-338 FCD
                                       )
13                    Plaintiff,       ) **STIPULATION AND ORDER**
                                       ) **CONTINUING STATUS CONFERENCE**
14        v.                           ) **AND EXCLUDING TIME**
                                       )
15  KURT RETZER,                       )
                                       ) Date:  May 19, 2008
16                    Defendant.       ) Time:  10:00 a.m.
                                       ) Judge: Hon. Frank C. Damrell, Jr.
17  _____  )

18

19        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Kurt Retzer, that the status conference

21  scheduled for May 19, 2008 may be continued to June 9, 2008 at 10:00 a.m.

22        This continuance is requested because the parties are finalizing

23  terms of a plea agreement.  To allow time to complete this task, the

24  parties ask to continue the status conference and to exclude time under

25  the Speedy Trial Act from the date of this order through the status

26  conference on June 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

27  (B)(iv)(Local Code T4).

28  ///

1              Respectfully submitted,

2              DANIEL J. BRODERICK
               Federal Defender
3

4  Dated:  May 14, 2008          /s/ T. Zindel
                                 TIMOTHY ZINDEL
5                                Assistant Federal Defender
                                 Attorney for KURT RETZER
6

7                                McGREGOR SCOTT
                                 United States Attorney
8

9  Dated:  May 14, 2008          /s/ T. Zindel for E. Endrizzi
                                 ELLEN ENDRIZZI
10                               Assistant U.S. Attorney

11

12                         **O R D E R**

13      The status conference is continued to June 9, 2008, at 10:00 a.m.

14 Time under the Speedy Trial Act is excluded through that date for the

15 reasons stated above, the court finding that the ends of justice to be

16 served by a continuance outweigh the best interests of the defendant and

17 the public in a speedy trial.

18      IT IS SO ORDERED.

19 Dated:  May 15, 2008

20                               FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stip/U.S.A. v. K. Retzer              2