DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KURT RETZER



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0338 FCD |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| KURT RETZER, ) | |
| ) | Date:  June 9, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, KURT RETZER, that the status conference scheduled for June 9, 2008 may be continued to August 4, 2008, at 10:00 a.m.

     This continuance is requested because the parties are nearing resolution of the case but still need to finalize plans regarding forfeiture which should be settled along with the criminal charge. Additionally, further changes are being made to the proposed plea agreement.

     So that negotiations toward resolution of the case may be completed, the parties ask to continue the status conference and to exclude time

1  under the Speedy Trial Act from the date of this order through the status
2  conference on August 4, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
3  (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   June 6, 2008         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for KURT RETZER

                              McGREGOR SCOTT
                              United States Attorney

Dated:   June 6, 2008         /s/ T. Zindel for E. Endrizzi
                              ELLEN ENDRIZZI
                              Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 4, 2008, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   June 6, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. K. Retzer         2