DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KURT RETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) No. CR. 2:06-CR-0338 FCD
                                 )
            Plaintiff,           )
                                 ) **ORDER EXONERATING BOND**
     v.                          ) **AND RETURNING PASSPORT**
                                 )
KURT RETZER,                     )
                                 )
            Defendant.           ) Judge: Hon. Frank C. Damrell, Jr.
                                 )
_____)

   This order memorializes the Court's oral order, made at the conclusion of the sentencing hearing on October 27, 2008, exonerating the bond posted to secure defendant's pretrial release and directing the Clerk's Office to promptly return defendant's passport. The Clerk is hereby directed to return the passport to defendant's counsel, Assistant Federal Defender Timothy Zindel, so that he may return it to the defendant.

   IT IS SO ORDERED.

Dated: October 28, 2008
                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE